**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

In re: ELLIS, MONTY R. § Case No. 20-25974
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Michael F. Thomson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $300.00 | Assets Exempt: | $300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,883.22 | Claims Discharged Without Payment: | $47,072.20 |
| Total Expenses of Administration: | $1,075.53 | | |

  3) Total gross receipts of $5,174.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,215.90 (see **Exhibit 2**), yielded net receipts of $3,958.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,073.55 | $1,075.53 | $1,075.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,800.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $41,995.00 | $40,132.42 | $40,132.42 | $2,883.22 |
| **TOTAL DISBURSEMENTS** | $43,795.00 | $41,205.97 | $41,207.95 | $3,958.75 |

4) This case was originally filed under chapter 7 on 10/06/2020. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2022        By: /s/ Michael F. Thomson
                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL TAX REFUNDS | 1224-000 | $3,958.75 |
| Non-estate portion of refund received | 1280-000 | $1,215.90 |
| **TOTAL GROSS RECEIPTS** | | **$5,174.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MONTY R. ELLIS | Refund of non-estate portion of funds received | 8500-002 | $1,215.90 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,215.90** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael F. Thomson | 2100-000 | NA | $989.69 | $989.69 | $989.69 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $1.98 | $3.96 | $3.96 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $81.88 | $81.88 | $81.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,073.55 | $1,075.53 | $1,075.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | UTAH STATE TAX COMMISSION | 5800-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $1,800.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STATE OF UTAH OFFICE OF STATE DEBT COLLECTIONS | 7100-000 | NA | $6,049.50 | $6,049.50 | $434.61 |
| 2 | TITANIUM FUNDS LLC | 7100-000 | $11,396.00 | $6,932.58 | $6,932.58 | $498.06 |
| 3 | ALPINA LEGAL | 7100-000 | $15,682.00 | $16,127.84 | $16,127.84 | $1,158.67 |
| 4U | UTAH STATE TAX COMMISSION | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $300.00 | $300.00 | $300.00 | $21.55 |
| 6 | T MOBILE/T-MOBILE USA INC | 7100-000 | NA | $258.97 | $258.97 | $18.61 |
| 7 | KNIGHT ADJ BUREAU | 7100-000 | $1,938.00 | $1,102.56 | $1,102.56 | $79.21 |
| 8 | KNIGHT ADJ BUREAU | 7100-000 | $2,856.00 | $3,008.88 | $3,008.88 | $216.17 |
| 9 | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $6,352.09 | $6,352.09 | $456.34 |
| N/F | 1 C SYSTEM | 7100-000 | $410.00 | NA | NA | NA |
| N/F | BONNEVILLE COLLECTIONS | 7100-000 | $296.00 | NA | NA | NA |
| N/F | DESERT ROCK CAPITAL INC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | FIRST PROGRESS CARD | 7100-000 | $200.00 | NA | NA | NA |
| N/F | JEFFERSON CAPITAL SYSTEM | 7100-000 | $236.00 | NA | NA | NA |
| N/F | MOUNTAIN LAND COLLECTION | 7100-000 | $624.00 | NA | NA | NA |
| N/F | NAR INC | 7100-000 | $7,968.00 | NA | NA | NA |

| N/F | THE RECEIVABLE MANAGEMENT | 7100-000 | $89.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$41,995.00** | **$40,132.42** | **$40,132.42** | **$2,883.22** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 20-25974  
**Case Name:** ELLIS, MONTY R.  
**For Period Ending:** 12/29/2022

**Trustee Name:** (640170) Michael F. Thomson  
**Date Filed (f) or Converted (c):** 10/06/2020 (f)  
**§ 341(a) Meeting Date:** 11/05/2020  
**Claims Bar Date:** 02/05/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DEBTOR IS LIVING IN LIFESTART VILLAGE, A RESTART REHABLITATION FACILITY. THEREFORE, THE DEBTOR DOES NOT OWN ANY HOUSEHOLD GOODS AND FURNISHING. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CELL PHONE AND TV. | 150.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING: CHASE BANK<br>After review of account statements | 0.00 | 1.88 | | 0.00 | FA |
| 5 | POTENTIAL TAX REFUNDS (u)<br>Debtor directed to turn over tax returns immediately upon filing (and by 4/15/21) and refunds immediately upon receipt.<br>Fed: $6,295.00 (estate = $4,815.85) - $5,174.65 US Treasury check received incl. $65.52 interest. Estate = $3,958.75. Per letter from the IRS, $1,185.87 applied to state tax debt.<br>State: $686.00 (estate = $524.81) - per email with USTC on 7/28/21, offset.<br>Estate is entitled to 76.5% | 0.00 | 5,340.66 | | 3,958.75 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$300.00** | **$5,342.54** | | **$3,958.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 05/05/2022   **Current Projected Date Of Final Report (TFR):** 09/20/2022 (Actual)

12/29/2022  
Date

/s/Michael F. Thomson  
Michael F. Thomson

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 20-25974 | Trustee Name: | Michael F. Thomson (640170) |
|---|---|---|---|
| Case Name: | ELLIS, MONTY R. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1237 | Account #: | ******1838 Checking |
| For Period Ending: | 12/29/2022 | Blanket Bond (per case limit): | $55,455,715.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/21 | | United States Treasury | 2020 Tax Refund | | 5,174.65 | | 5,174.65 |
| | {5} | | Tax refund $3,958.75 | 1224-000 | | | |
| | | | Non-estate portion of refund received $1,215.90 | 1280-000 | | | |
| 08/25/21 | 101 | MONTY R. ELLIS | Refund of non-estate portion of funds received | 8500-002 | | 1,215.90 | 3,958.75 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,953.75 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.92 | 3,946.83 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.11 | 3,940.72 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.73 | 3,933.99 |
| 12/08/21 | 102 | International Sureties, LTD. | Bond Payment Voided on 12/08/2021 | 2300-000 | | 1.98 | 3,932.01 |
| 12/08/21 | 102 | International Sureties, LTD. | Bond Payment Voided: check issued on 12/08/2021 | 2300-000 | | -1.98 | 3,933.99 |
| 12/08/21 | 103 | International Sureties, LTD. | Bond Payment Stopped on 04/07/2022 | 2300-000 | | 1.98 | 3,932.01 |
| 12/08/21 | | International Sureties, LTD. | Adjustment for voided/stop payment check which did not reflect | 2300-000 | | 1.98 | 3,930.03 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.51 | 3,923.52 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.08 | 3,917.44 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.86 | 3,911.58 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.89 | 3,904.69 |
| 04/07/22 | 103 | International Sureties, LTD. | Bond Payment Stopped: check issued on 12/08/2021 | 2300-000 | | -1.98 | 3,906.67 |
| 04/07/22 | 104 | International Sureties, LTD. | Bond Payment | 2300-000 | | 1.98 | 3,904.69 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.05 | 3,898.64 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.03 | 3,892.61 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.86 | 3,885.75 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.01 | 3,879.74 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.83 | 3,872.91 |
| 12/01/22 | 105 | Michael F. Thomson | Invoice 689529 | 2100-000 | | 312.71 | 3,560.20 |
| 12/01/22 | 106 | Michael F. Thomson | Invoice ******4768 | 2100-000 | | 676.98 | 2,883.22 |
| 12/01/22 | 107 | STATE OF UTAH OFFICE OF STATE DEBT COLLECTIONS | Dividend paid 7.18% on $6,049.50| Claim # 1 | Filed: $6,049.50 | 7100-000 | | 434.61 | 2,448.61 |

Page Subtotals: $5,174.65    $2,726.04

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 20-25974 | Trustee Name: | Michael F. Thomson (640170) |
|---|---|---|---|
| Case Name: | ELLIS, MONTY R. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1237 | Account #: | ******1838 Checking |
| For Period Ending: | 12/29/2022 | Blanket Bond (per case limit): | $55,455,715.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/01/22 | 108 | TITANIUM FUNDS LLC | Dividend paid 7.18% on $6,932.58\| Claim # 2 \| Filed: $6,932.58 | 7100-000 | | 498.06 | 1,950.55 |
| 12/01/22 | 109 | ALPINA LEGAL | Dividend paid 7.18% on $16,127.84\| Claim # 3 \| Filed: $16,127.84 | 7100-000 | | 1,158.67 | 791.88 |
| 12/01/22 | 110 | QUANTUM3 GROUP LLC AS AGENT FOR | Dividend paid 7.18% on $300.00\| Claim # 5 \| Filed: $300.00 | 7100-000 | | 21.55 | 770.33 |
| 12/01/22 | 111 | T MOBILE/T-MOBILE USA INC | Dividend paid 7.19% on $258.97\| Claim # 6 \| Filed: $258.97 | 7100-000 | | 18.61 | 751.72 |
| 12/01/22 | 112 | KNIGHT ADJ BUREAU | Dividend paid 7.18% on $1,102.56\| Claim # 7 \| Filed: $1,102.56 | 7100-000 | | 79.21 | 672.51 |
| 12/01/22 | 113 | KNIGHT ADJ BUREAU | Dividend paid 7.18% on $3,008.88\| Claim # 8 \| Filed: $3,008.88 | 7100-000 | | 216.17 | 456.34 |
| 12/01/22 | 114 | INTERNAL REVENUE SERVICE | Dividend paid 7.18% on $6,352.09\| Claim # 9 \| Filed: $6,352.09 | 7100-000 | | 456.34 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,174.65 | 5,174.65 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,174.65 | 5,174.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $5,174.65 | $5,174.65 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-25974 | **Trustee Name:** | Michael F. Thomson (640170) |
| **Case Name:** | ELLIS, MONTY R. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***1237 | **Account #:** | ******1838 Checking |
| **For Period Ending:** | 12/29/2022 | **Blanket Bond (per case limit):** | $55,455,715.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $5,174.65 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $1,215.90 |
| Net Estate: | $3,958.75 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1838 Checking | $5,174.65 | $5,174.65 | $0.00 |
| | **$5,174.65** | **$5,174.65** | **$0.00** |

12/29/2022
Date

/s/Michael F. Thomson
Michael F. Thomson

UST Form 101-7-TDR (10 /1/2010)